IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-311 |
| | ) |
| JAMES CHARLES EMERY, III, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 9th day of June, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 23, 2004, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, July 7, 2006 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Charles A. Eberle,
      Assistant United States Attorney

      Mark D. Lancaster, Esquire
      445 Ft. Pitt Blvd.
      Suite 100
      Pittsburgh, PA 15219

      Gary E. Gerson, Esquire
      220 Grant St., 3rd floor
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation